IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAURICE DIXON,                              ) | |
|                          ) | |
|     Plaintiff,                         ) | |
|                          ) | |
| vs.                                                   ) | CIVIL ACTION NO. 14-0507-CG-C |
|                          ) | |
| CAROLYN W. COLVIN, Acting       ) | |
| Commissioner of Social Security,   ) | |
|                          ) | |
|     Defendant.                       ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's orders dated November 12, 2014, and December 10, 2014.

    **DONE and ORDERED** this 22nd day of January, 2015.

                                            /s/  Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE